UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AMAYA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF DEPTUTY POSEDEL,<br><br>　　　　　Defendant. | Case No. 16-cv-01304-SK<br><br>**ORDER TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>Regarding Docket Nos. 2, 6 |

On March 21, 2016, this Court denied Plaintiff's Application to Proceed *in Forma Pauperis* without prejudice. (Dkt. Nos. 2, 6.) It is unclear to the Court whether or not the Plaintiff intends to pursue his claim because Plaintiff has neither submitted a new application nor paid the required filing fee. Therefore, Plaintiff is HEREBY ORDERED to either submit a new application in compliance with the Court's earlier Order (Dkt. No. 6) or pay the filing fee no later than April 20, 2016. Failure to do so will result in dismissal of the claim without prejudice.

**IT IS SO ORDERED**.

Dated: April 6, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge