IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS AMAYA,

    Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF DEPUTY POSEDEL,

    Defendant.

No. C 16-01304 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION WITHOUT PREJUDICE**

Magistrate Judge Sallie Kim has submitted a report, recommending dismissal of this action without prejudice because plaintiff has failed to submit a proper IFP application, despite multiple requests from the Court (Dkt. No. 9). No objections to the report and recommendation have been filed. Accordingly, Judge Kim's recommendation is hereby **ADOPTED IN FULL** and this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE